# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VINCENT E. MCBRIDE,** | : |
| Petitioner | : CIVIL ACTION NO. 3:23-1840 |
| v. | : (JUDGE MANNION) |
| **THOMAS S. MCGINLEY,** | : |
| Respondent | : |

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

2. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. §2253(c).

3. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
United States District Judge

DATE: November 8, 2023
23-1840-01-ORDER